■ Roy Purdy et al., Appellants, v University of Rochester Medical Center/Strong Memorial Hospital, Respondent. [986 NYS2d 373]—Appeal from an order and judgment (one paper) of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered May 22, 2013. The order and judgment granted the motion of defendant for summary judgment dismissing the complaint.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.